**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECOVERY FINANCE LIMITED,

    **Plaintiff**

    **v.**

TITAN DEVELOPMENT GROUP LLC,

    **Defendant.**

**Civil No. 25-1048 (ADC)**

## <u>ORDER</u>

On December 16, 2025, the Court entered a Memorandum and Order granting plaintiff Recovery Finance Limited's request for entry of default judgment against defendant Titan Development Group LLC. **ECF No. 24**. The Court instructed plaintiff to file a separate motion in support of its claim for attorney's fees under Puerto Rico law. *Id.*, at 3. On December 30, 2026, plaintiff complied. **ECF No. 25**. Judgment was entered on January 8, 2026. **ECF No. 27**. The Court then referred the matter of attorney's fees to United States Magistrate Judge Giselle López-Soler for a report and recommendation ("R&R"). **ECF No. 29**. The Magistrate Judge issued her R&R on May 27, 2026. **ECF No. 32**. No objections were filed by the fourteen-day period. Fed. R. Civ. P. 72(b)(2).

There being no objections to the Magistrate Judge's R&R recommending that the Court award $52,096.25 in reasonable attorney's fees to plaintiff, the Court, upon consideration of the

record, hereby fully **ADOPTS** the R&R at **ECF No. 32** and **GRANTS** the motion for attorney's fees at **ECF No. 25**. *See M. v. Falmouth School Department*, 847 F.3d 19, 25 (1st Cir. 2017) ("Absent objection … a district court has a right to assume that the affected party agrees to the magistrate's recommendation.") (cleaned up); *see also Roy v. Hanks*, No. 22-1302, 2023 WL 3166353, at *1 (1st Cir. Mar. 6, 2023) ("Only those issues fairly raised by… objections to the magistrate's report are subject to review in the district court….") (quoting *Falmouth*); *United States v. Maldonado-Pena*, 4 F.4th 1, 20 (1st Cir. 2021) ("[W]hen, as here, a party fails to file an objection to an R&R, the party has waived any [appellate] review of the district court's decision.") (citing *United States v. Díaz-Rosado*, 857 F.3d 89, 94 (1st Cir. 2017)).

Accordingly, defendant Titan Development Group LLC is **ORDERED** to pay plaintiff Recovery Finance Limited the amount of $52,092.25 in reasonable attorney's fees.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 2nd day of July 2026.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**
